FILED

05/11/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: PR 20-0265

Pamela D. Bucy
Chief Disciplinary Counsel
P.O. Box 1099
Helena, MT 59624-1099
(406) 442-1648
pbucy@montanaodc.org

Office of Disciplinary Counsel

BEFORE THE COMMISSION ON PRACTICE OF THE

SUPREME COURT OF THE STATE OF MONTANA

* * * * * * * * * * * * * *

IN THE MATTER OF CASEY NIXON,

An Attorney at Law,

Respondent.

)
)
)
)
)
)
)
)
)
)
)
)

Supreme Court Cause No. _____

ODC File No. 19-077 and 19-133

**CITATION TO APPEAR IN ANSWER TO COMPLAINT OF THE OFFICE OF DISCIPLINARY COUNSEL**

TO:    CASEY NIXON, Respondent, Greetings:

YOU ARE HEREBY NOTIFIED that the Office of Disciplinary Counsel for the State of Montana has filed with the Supreme Court of the State of Montana its Formal Complaint against you pursuant to Rule 12 of the Montana Rules for Lawyer Disciplinary Enforcement (2018) ("MRLDE"), a copy of which Complaint is attached hereto.

Members of the federal bar are advised to comply with the Local Rules of Procedure for the U.S. District Court (Montana), Appendix B, ¶ 2, Reciprocal Discipline – *Duty to Notify of Pending Disciplinary Actions.*   If you are a member

*Citation to Appear in Answer to Complaint* - Page 1

of another jurisdiction with the same or similar requirement, you are required to comply with those rules.

YOU ARE HEREBY COMMANDED to make and file with the Clerk of this Court your written answer to said Complaint within twenty (20) days from and after service upon you of this Citation and a copy of said Complaint pursuant to Rule 12, MRLDE.

Any procedural motions, for example, a Motion for Extension of Time within which to Answer the Complaint, filed by you or by your Counsel prior to the filing of the Findings, Conclusions, and Recommendations of the Commission on Practice, shall be addressed to and filed with Shelly Smith, Commission on Practice, P.O. Box 203005, Helena, MT 59620-3005, and served upon the Office of Disciplinary Counsel, P.O. Box 1099, Helena, MT 59624-1099, as provided by Rule 12, MRLDE.

In the event of your failure to file an answer within the time prescribed, you will be held and deemed in default as provided by Rule 12C(2), MRLDE.

WITNESS my hand and seal of this Court this _____ day of May, 2020.

(COURT SEAL)                              _____
                                          BOWEN GREENWOOD
                                          Clerk of the Supreme Court
                                          of the State of Montana